83,087-01

Texas Court of Criminal Appeals       March 16,2015
Attn: Mr. Abel Acosta, Court Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Ex Parte Eliseo Rivera, Jr., Trial Cause No. CR-09B-061A
    Appellate No. 07-09-00332-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

Dear Mr. Acosta,

    Enclosed, please find Applicant's Requesting Premission for Leave of Court in Order to file Applicant's Motion for *Nunc Pro Tunc* Proceedings. Please file Said Documents among the papers in the above styled, and numbered cause. Furthermore, please perform the proper procedures so that, a time, and date may be set for it's hearing.

    In addition, Applicant has enclosed a self-addressed stamped envelope, and two copies of this cover letter so that, if you could please stamp one copy, and return to verify your receipt.

    Applicant sincerely appreciates your assistance.

Best Regards,

*Eliseo Rivera Jr*

Eliseo Rivera, Jr. T.D.C.J. #1617277
Dalhart Unit
11950 Fm. 998
Dalhart, Texas 79022

MOTION DISMISSED
DATE: 4-24-15
BY: PC

Texas Court of Criminal Appeals          March 16, 2015
Attn: Mr. Abel Acosta, Court Clerk
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Ex Parte Eliseo Rivera, Jr., Trial Cause No. CR-09E-061A,
    Appellate No. 07-09-00332-CR

Dear Mr. Acosta,

Enclosed, please find Applicant's Requesting Premission for Leave of Court in Order to file Applicant's Motion for Stay of Proceedings. Please file Said Documents among the papers in the above styled, and numbered cause. Furthermore, please perform the proper procedures so that, a time, and date may be set for it's hearing.

In addition, Applicant has enclosed a self-addressed stamped envelope, and two copies of this cover letter so that, if you could please stamp one copy, and return to verify your receipt.

Applicant sincerely appreciates your assistance.

Best Regards,

Eliseo Rivera, Jr. T.D.C.J. #1617277
Dalhart Unit
11950 Fm. 998
Dalhart, Texas 79022

| | | |
|---|---|---|
| Ex Parte | § | In the Texas Court of |
| Eliseo Rivera, Jr. | § | Criminal Appeals |
| | § | Austin, Texas |

Applicant's Motion for Stay of Proceedings

To the Honorable Justice(s) of Said Court:

Comes Now, Eliseo Rivera, Jr. T.D.C.J. #1617277, hereafter Applicant, Pro Se, and humbly requests Permission for Leave of Court in Order to file Applicant's Motion for Stay of Proceedings pursuant to the Texas Rules of Appellate Procedure, Rules 10.1, 10.2, and 52. 10.

In support of Applicant's request for temporary relief, Applicant brings forth before this Honorable Court the following facts:

I.

On March 25, 2015, the 222nd Judicial District Court of Deaf Smith County, Texas, (trial court), filed it's Findings of Fact, and Conclusions of Law regarding Applicant's Writ of Habeas Corpus Art. 11.07 via Affidavits from trial counsel, Mr. Chris Hesse, and Appellate Counsel, Mr. Daivd Martinez.

Thereafter, Applicant received his copy of the trial court's determinations on March 30, 2015. Upon Applicant's review of Said trial court's findings, Applicant discovered severe discrepancies of constitutional magnitude.

1

## II.

For instance, Applicant contends in his Art. 11.07, Ground One that, the State engaged in Prosecutorial Misconduct. In addition, Applicant has presented a persuasive argument supported by evidence embeded in the record accompanied by the proper authoritative State Statutes, and State, and Federal case law to support his contention. While on the other hand, trial court contends that, the State did not engage in Prosecutorial Misconduct. But, the trial court fails to provide or direct this court to any proper State Statute nor does it cite any proper case law to support it's Findings.

## III.

Therefore, Applicant requests that this Honorable Court grant this Stay for 14 days in order to afford Applicant an opportunity to exercise his 14th U.S. Const. Amend. Right, Due Process of the Law. And, afford Applicant an opportunity to timely submit his Rebuttal along with accompanying Motions contesting the trial court's Findings. So that this Honorable Court may take into account Applicant's evidence before it renders a decision on Applicant's Art. 11. 07.

## Prayer

Wherefore, All Things Considered, Applicant prays that, this Honorable Court grant Applicant permission for leave of court in order to file Applicant's motion for stay of proceedings for 14 days, and any other appropriate relief this Honorable Court deems Applicant is entitled to. Bayoil Supply and Trading v. Jorgen Jahre Shipping, 54 F.Supp.2d 691, 694 (S.D. Tex. 1999) citing Coastal (Bermuda) Ltd.

2

v. F.W. Saybolt & Co., 761 F.2d 198, 203 n.6 (5th Cir. 1985); ACF Industries Inc v. Guinn, 384 F.2d 15 certiorari denied 88 S.Ct. 1039, 390 U.S. 949, 19 L.Ed.2d 1140. In order to preserve Applicant's 1st, 4th, 5th, 6th, 8th, 10th, and 14th U.S. Const. Amend. Rights, and applicable sections of the Texas Const.

_Eliseo Rivera Jr._ #1617277
Eliseo Rivera Jr. #1617277

### Certificate of Service

I, the undersigned hereby certify that, a true, and correct copy of the foregoing has been forwarded by U.S. Mail, Postage Pre-paid, First Class to the District Attorney's Office of Deaf Smith County, Texas, at 235 E. 3rd Street, Rm. 401, Hereford, Texas 79045-5593.

_Eliseo Rivera_ Jr.
Eliseo Rivera, Jr. #1617277

### Inmate Declaration

I, the undersigned, declare under penalty of perjury that the foregoing is true, and correct. Executed in the Dalahrt Unit in Hartley County, Texas, on this the 16th day of March, 2015.

Respectfully Submitted,

_Eliseo Rivera_ Jr.
Eliseo Rivera, Jr. T.D.C.J. #1617277
Dalhart Unit
11950 Fm. 998
Dalhart, Texas 79022

3